UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

WEST COAST LIFE INSURANCE
COMPANY
    Plaintiff,

V.

KENNETH DEAN MARTIN, and
WADE ALLEN DELK,
    Defendants

Case No: 4:17-cv-00605-A



## DEFENDANT KENNETH DEAN MARTIN'S ORIGINAL ANSWER TO COMPLAINT IN INTERPLEADER AND ANSWER TO CROSS-CLAIM BY WADE ALLEN DELK

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES KENNETH DEAN MARTIN, named Defendant in the above-styled cause, and files this Original Answer to Complaint in Interpleader ("Complaint", Doc. 9) filed by Plaintiff West Coast Life Insurance Company ("Plaintiff"), and the Cross-Claim filed by Wade Allen Delk ("Cross-Claim", Doc. 10) responding to each paragraph of the Complaint with the corresponding numbered statement below to each document:

### I. ANSWER TO INTERPLEADER

1. Defendant is not knowledgeable about the location of Plaintiff's organization and business or where it may legally transact business, but does not otherwise deny.

2. Admit.

3. Defendant cannot testify as to the residence of Wade Allen Delk.

4. Admit to the extent of jurisdiction and the existence of the policy in question; the remainder of the allegation is not subject to Defendant's admission.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

9. Defendant asserts his right under the Fifth Amendment to the United States Constitution not to be compelled to be a witness against himself, and reserves his right to amend.

10. The allegation is a statement of law to which no response is necessary.

11. Defendant asserts the same responses as made to each preceding paragraph as if fully set forth herein.

12. Defendant asserts his right under the Fifth Amendment to the United States Constitution not to be compelled to be a witness against himself, and reserves his right to amend.

13. Defendant is not knowledgeable regarding Plaintiff's claims, and must deny the allegation pending further review.

14. Defendant has no knowledge regarding Plaintiff's ability to determine who is entitled to the Death Benefit, and must deny the allegation pending further review.

15. Defendant has no knowledge regarding Plaintiff's claims and willingness to pay the Death Benefit into the Court's registry, and must deny the allegation pending further review.

16. Admit.

17. Defendant admits that Plaintiff may recover fees and costs as the Court allows.

## II. ANSWER TO CROSS-CLAIM

1. Admit.

2. Cross-Defendant Martin asserts his right under the Fifth Amendment to the United States Constitution not to be compelled to be a witness against himself, and reserves his right to amend.

3. The allegation is a statement of law to which no response is necessary.

4. Cross-Defendant Martin is not knowledgeable about the necessity of Wade Allen Delk to retain counsel and thus denies.

5. The allegation is a statement of law to which no response is necessary.

6. Cross-Defendant Martin asserts his right under the Fifth Amendment to the United States Constitution not to be compelled to be a witness against himself, and reserves his right to amend.

**FURTHER RESPONSE and PRAYER**

Defendant agrees that, irrespective of its answers to the allegations provided above, the Court should allow Plaintiff to deposit the Death Benefit into the Court's registry and allow reasonable attorney fees and costs, awarding such other and further relief to Defendant may be entitled to in law or equity.

Respectfully submitted,

By: _____
Orsen E. Paxton, III, Texas Bar No. 15649100
Warren V. Norred, Texas Bar. No. 24045094
204 S. Mesquite St., Arlington, TX 76010
Tel. (817) 275-6611, Fax. (817) 275-6621,
paxton.orsen@paxlawfirm.com
Attorney for Defendant Kenneth Martin


CERTIFICATE OF SERVICE - I certify that on August 18, 2017, I mailed the original of this Defendant's Original Answer to Interpleader and Cross-Claim to the Court by U.S.P.S., and served same by facsimile transmission and email to Kelly Hartmann (214-442-7973, khartmann@gallowaylawfirm.com), counsel for West Coast Life Insurance Company and to Donna Hernandez (972-539-1464, dhernandez@morris-law.com) counsel for Wade Allen Delk.

By: _____
         Orsen E. Paxton, III

**NORRED LAW, PLLC**
Intellectual Property • Litigation • Bankruptcy

WARREN V. NORRED
ATTORNEY

C. CHAD LAMPE
ATTORNEY

RECEIVED
AUG 21 2017
1:18 pm
CHAMBERS U.S. DISTRICT
JUDGE JOHN McBRYDE

August 18, 2017

Court Clerk to Hon. Judge McBryde
501 W. 10th Street, Room 401
Fort Worth, Texas 76102-3673

Re: *Case No: 4:17-cv-00605-A West Coast Life Company v. Kenneth Dean Martin, et al*

Dear Clerk,

  Please find enclosed the Defendant Kenneth Dean Martin's Original Answer to Complaint in Interpleader and Answer to Cross-Claim by Wade Allen Delk for the above styled case to be filed with the court. A copy of the answer has also been provided. Thank you for your assistance in this matter.

Sincerely,

Warren V. Norred
wnorred@norredlaw.com