ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 1 8 2017

CLERK, U.S. DISTRICT COURT
By _____
      Deputy

| | |
|---|---|
| WEST COAST LIFE INSURANCE COMPANY, | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) Case No: 4:17-cv-605-A ) |
| KENNETH DEAN MARTIN and WADE ALLEN DELK, | ) ) ) |
| *Defendants*. | ) ) |

## AGREED MOTION TO ABATE

Plaintiff West Coast Life Insurance Company ("West Coast"), Defendant Kenneth Dean Martin ("Martin"), and Defendant Wade Allen Delk ("Delk"), (collectively, the "Parties"), file their Agreed Motion to Abate the above cause and state:

1.  On October 12, 2013, West Coast issued a policy of life insurance, Policy Number Z02390964 (the "Policy"), to Linda M. Martin (the "Insured") in the amount of $250,000.00 (the "Policy Proceeds"). The Insured designated her husband, Martin, as the primary beneficiary of the Policy, and her child, Delk, as the contingent beneficiary. On May 31, 2016, the Insured died from gunshot wounds and Martin has been charged in connection with her death. West Coast filed its Complaint for Interpleader as the insurer and holder of the Policy Proceeds pursuant to Texas Estates Code §1103.151, which provides that a beneficiary under a life insurance policy is disqualified from receiving the benefits if the beneficiary participated in willfully bring about the death of the insured.

2.  The parties have agreed that West Coast interplead the Policy Proceeds into the Court's registry. The parties further stipulate and agree that the case should be abated pending

the resolution of the state court litigation, *Amy Delk and Wade Delk v. Kenneth Dean Martin*, Cause No. PR-2016-00551-01 in the Probate Court of Denton County, Texas (the "State Court Action").

3. To avoid duplication of resources and efforts, the parties request that this cause be abated pending the resolution of the State Court Action.

## PRAYER

**WHEREFORE**, the parties respectfully request that this Court abate the above cause pending resolution of the State Court Action. The parties further request they be awarded such other and further relief as the Court may deem appropriate.

DATE: September 13, 2017.

Respectfully submitted,

/s/ Kelly C. Hartmann
Kelly C. Hartmann
State Bar No. 24055631
G. Alan Teague
State Bar No. 24089940
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
14643 Dallas Parkway, Suite 625
Dallas, Texas 75254
Telephone: (214) 545-6389
Fax: (214) 442-7973
Email: khartmann@gallowaylawfirm.com
Email: ateague@gallowaylawfirm.com
**COUNSEL FOR PLAINTIFF WEST COAST LIFE INSURANCE COMPANY**

Respectfully submitted,

_____
Victor A. Rivera
State Bar No. 24047268
RIVERA LAW FIRM, P.C.
109 S. Woodrow Ln., Ste. 300
Denton, Texas 76205
Tele: (469) 400-0000
Fax: (469) 317-3331
Email: Victor@RiveraFirm.com
**COUNSEL FOR DEFENDANT WADE DELK**


Respectfully submitted,

_____
Orsen E. Paxton, III
State Bar No. 15649100
Warren V. Norred
State Bar. No. 24045094
204 S. Mesquite St.
Arlington, TX 76010
Telephone: (817) 275-6611
Fax: (817) 275-6621
Email: paxton.orsen@paxlawfirm.com
**COUNSEL FOR DEFENDANT KENNETH MARTIN**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure to all known counsel of record on this 13th day of September, 2017 as follows:

Victor A. Rivera
RIVERA LAW FIRM, P.C.
109 S. Woodrow Ln., Ste. 300
Denton, Texas 76205
Fax: (469) 317-3331
Email: Victor@RiveraFirm.com
**COUNSEL FOR DEFENDANT WADE DELK**

Orsen E. Paxton, III
Warren V. Norred
204 S. Mesquite St.
Arlington, TX 76010
Fax: (817) 275-6621
Email: paxton.orsen@paxlawfirm.com
**COUNSEL FOR DEFENDANT KENNETH MARTIN**

_/s/ G. Alan Teague_
G. Alan Teague