IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 2 0 2017

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| WEST COAST LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § | NO. 4:17-CV-605-A |
| KENNETH DEAN MARTIN, ET AL., | § § § | |
| Defendants. | § | |

ORDER

Came on for consideration the agreed motion of plaintiff, West Coast Life Insurance Company, and defendants, Kenneth Dean Martin and Wade Allen Delk, to abate. The court finds that the motion should be denied.

The court ORDERS that the agreed motion to abate be, and is hereby, denied.

SIGNED September 20, 2017.

_____
JOHN McBRYDE
United States District Judge