IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT - 6 2017
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| WADE ALLEN DELK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-605-A |
| | § | |
| KENNETH DEAN MARTIN, | § | |
| | § | |
| Defendant. | § | |

FINAL JUDGMENT AS TO CERTAIN PARTY

The insurance proceeds the subject of this action (less the $10,000.00 the court authorized to be deducted as attorney's fees) having been paid into the registry of the court by West Coast Life Insurance Company in accordance with the court's order signed September 20, 2017, granting the unopposed motion to deposit interpled funds into an interest bearing account, for discharge and dismissal with prejudice, and for attorney's fees,

The court ORDERS, ADJUDGES, and DECREES that West Coast Life Insurance Company and its agents be, and are hereby, fully and finally discharged from any further liability, whether to Kenneth Dean Martin and Wade Allen Delk, or otherwise arising out of or relating to Policy No. Z02390964 or the proceeds of such policy now in the court's registry.

The court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to the

discharge of West Coast Life Insurance Company as set forth herein.

     SIGNED October 6, 2017.

_____
JOHN McBRYDE
United States District Judge