U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 19 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

WADE ALLEN DELK,                    §
                                    §
          Plaintiff,                §
                                    §
VS.                                 §      NO. 4:17-CV-605-A
                                    §
KENNETH DEAN MARTIN,                §
                                    §
          Defendant.                §

ORDER

Because of a scheduling problem, the court must reset the pretrial conference in the above-captioned action now scheduled for 9:30 a.m. on February 5, 2018, for 10:30 a.m. on February 5, 2018. Therefore,

The court ORDERS that the pretrial conference in the above-captioned action be, and is hereby, reset for 10:30 a.m. on February 5, 2018, before the undersigned.

All deadlines previously set by the court relative to this action remain in full force and effect.

SIGNED January 19, 2018.


JOHN McBRYDE
United States District Judge